# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UWE MANFRED HARTBRICH,<br>A029-216-222,<br><br>           Plaintiff,<br><br>vs.<br><br>JEH JOHNSON, the Secretary of HOMELAND SECURITY, *et al.*,<br><br>           Defendants. | Case No. 2:14-cv-01445-JAD-GWF<br><br>**ORDER**<br><br>**RE: Compliance with LR IA 10-1(b)** |

This matter is before the Court on the Complaint (#1) filed in the above-entitled matter. Plaintiff's counsel, a member of the Nevada Bar, lists his office address as 600 West Santa Ana Blvd, Suite 214, Santa Ana, California 92701.  The Court is aware that Plaintiff's counsel previously resided and maintained an office in the State of Nevada.  It is unclear, however, whether he currently maintains an office in Nevada.

Local Rule (LR) IA 10-1(b) of the United States District Court, District of Nevada, provides that an attorney who is admitted to practice in Nevada, but who does not maintain an office in Nevada, shall either associate a licensed Nevada attorney maintaining an office in Nevada or designate a licensed Nevada attorney maintaining an office in Nevada, upon whom all papers, process, or pleadings required to be served upon the attorney may be so served, including service by hand delivery or facsimile transmission.  Accordingly,

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that within ten (10) days from the date of this order, Plaintiff's counsel shall either notify the Court that he maintains an office in Nevada and provide said address to the Court, or shall comply with the requirements of Local Rule (LR) IA 10-1(b)

DATED this 8th day of October, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge